# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-4156

_____

Ronald Laman Seals,                  *
                                       *
             Appellant,            *
                                       * Appeal from the United States
     v.                                * District Court for the
                                       * Western District of Missouri.
Douglas Markley,                *
                                       *    [UNPUBLISHED]
             Appellee.             *

_____

Submitted: May 26, 1998
Filed: June 2, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Ronald Laman Seals appeals the district court's[1] order granting defendant's motion for summary judgment. After careful review of the record and the parties' briefs, we conclude that the district court correctly granted judgment in favor of defendant. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.